ROBERT YAMACHIKA, OSB #065560
Senior Deputy City Attorney
rob.yamachika@portlandoregon.gov
DANIEL SIMON, OSB #124544
Deputy City Attorney
dan.simon@portlandoregon.gov
Portland City Attorney's Office
1221 SW 4th Ave., Rm. 430
Portland, OR  97204
Telephone: (503) 823-4047
Facsimile: (503) 823-3089
*Of Attorneys for Defendants City of Portland and Samson Ajir*

# UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **ALICIA JOHNSON, in her personal capacity and as personal representative of the Estate of Terrell Johnson, TERRELL JOHNSON, deceased.** | 3:19-cv-00735-JR |
| **Plaintiffs,** | **STIPULATED GENERAL JUDGMENT OF DISMISSAL** |
| v. | |
| **CITY OF PORTLAND; SAMSON AJIR; and JOHN DOES 1-5,** | |
| **Defendants.** | |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff and defendants hereby stipulate as follows:

1. For the reason that plaintiff's Complaint has been fully compromised and released, plaintiff hereby dismisses her Complaint in the above-captioned matter.

///

///

Page  1  –  STIPULATED GENERAL JUDGMENT OF DISMISSAL

2.  All parties hereto agree that the dismissal stipulated herein is with prejudice, and that no costs or disbursements or attorneys' fees will be assessed against any party.

IT IS SO STIPULATED:

| | |
|---|---|
| */s/ Juan C. Chavez* | */s/ Robert Yamachika* |
| Juan C. Chavez, OSB #136428 | Robert Yamachika, OSB #065560 |
| Alex Meggitt, OSB #174131 | *Of Attorneys for Defendants City of* |
| *Of Attorneys for Plaintiff* | *Portland and Samson Ajir* |
| Dated: July 23, 2021 | Dated: July 23, 2021 |

IT IS SO ORDERED AND ADJUDGED:

Dated: 7/26/2021

/s/ Jolie A. Russo
Jolie A. Russo
U.S. Magistrate Judge

Page 2 – STIPULATED GENERAL JUDGMENT OF DISMISSAL